UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN KENNETH LEADINGHAM,

        Plaintiff,         Case No. 1:09-cv-1009

v.

        Honorable Paul L. Maloney

MICHIGAN DEPARTMENT OF
CORRECTIONS,

        Defendant.
_____/

## **JUDGMENT**

In accordance with the Order issued this date:

IT IS ORDERED that the captioned case be and hereby is DISMISSED without prejudice. Plaintiff shall remain liable for payment of the $350.00 civil action filing fee.


Dated:   January 4, 2010         /s/ Paul L. Maloney
                                          Paul L. Maloney
                                          Chief United States District Judge